IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REBECCA WINKLER, | : |
| Plaintiff, | : Case No. 2:16-cv-629 |
| v. | : JUDGE ALGENON L. MARBLEY |
| WIN WIN AVIATION, *et al.*, | : Magistrate Judge Deavers |
| Defendants. | : |

## ORDER

This matter comes before the Court on Magistrate Judge Deavers's December 29, 2016 **Report and Recommendation** (Doc. 14), which recommended that Plaintiff's Motion to Remand to State Court (Doc. 12) be denied, as the case was properly removed to this Court under 28 U.S.C. § 1441(a) based on federal diversity jurisdiction granted in 28 U.S.C. § 1332(a)(1).

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (Doc. 14 at 5.) The parties have failed to file any objections, and the deadline for objections (January 12, 2017) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation (Doc. 14) based on the independent consideration of the analysis therein.

IT IS SO ORDERED.

                                                          s/ Algenon L. Marbley
                                                          **ALGENON L. MARBLEY**
                                                          **UNITED STATES DISTRICT JUDGE**

DATED: February 9, 2017